People *v.* Donnie Kemplin; People *v.* Herman Kemplin. Appeal from Jackson, Charles J. Falahee, J. Submitted Division 2 June 15, 1971, at Lansing. (Docket Nos. 9095, 9096.) Decided July 30, 1971.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *Bruce A. Barton*, Prosecuting Attorney, and *Paula Hosick*, Chief Appellate Attorney, for the people.

*Vincent F. Stapley*, for defendant on appeal.

Before: McGregor, P. J., and Bronson and Danhof, JJ.

Memorandum Opinion. Defendants were convicted by a jury of the crime of breaking and entering with intent to commit larceny,* and appeal. The people have filed a motion to affirm, pursuant to GCR 1963, 817.5(3).

---

* MCLA § 750.110 (Stat Ann 1971 Cum Supp § 28.305).

A review of the briefs and records in this cause make it manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Accordingly, the motion to affirm is granted.